UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

        NO. CIV. S-00-1486 LKK/JFM

    Plaintiff,

  v.                         O R D E R

ROBERT PRESLEY, Secretary of
the Youth and Adult Correctional
Agency, et al.,

    Defendants.
_____/

    Upon remand from the U.S. Court of Appeals for the Ninth Circuit, this matter is REFERRED to the assigned magistrate judge for further proceedings consistent with the Circuit's Memorandum filed January 17, 2006.

    IT IS SO ORDERED.

    DATED: January 23, 2006.

                               /s/Lawrence K. Karlton
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT