IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO CORTEZ BUCKLEY,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT PRESLEY, et al.,**<br><br>Defendants. | CASE NO. 2:00-cv-1486 LKK JFM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE PRETRIAL STATEMENT** |

Defendants' request for an extension of time to file their pretrial statement was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that:

1. From the date this order is served, Defendants have 21 days to file and serve their pretrial statement; and

2. Pretrial conference on the papers before the undersigned is continued from June 30, 2006 to August 18, 2006.

DATED: July 17, 2006.

UNITED STATES MAGISTRATE JUDGE

/buck1486.ext