IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

      Plaintiff,                      No. CIV S-00-1486 LKK JFM P

     vs.

ROBERT PRESLEY, et al.,

      Defendants.           <u>ORDER</u>

           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 6, 2007, this court issued an initial pretrial order and allowed the parties fifteen days in which to file objections. On March 14, 2007, plaintiff filed objections to the pretrial order. Defendants have not filed objections. The court hereby rules on the objections and will incorporate those sustained in a final pretrial order issued herewith.

           Plaintiff objects that Sergeant Johnson's correct name is Sergeant Johnston. This name will be corrected.

           Plaintiff objects to the order's use of the phrase "holding cell," and requests the order be revised to state "holding cage." Good cause appearing, these references will be changed.

/////

1

1    Plaintiff objects to the inclusion of a hearsay statement by Lt. Akin in the
2 statement of undisputed facts.  Good cause appearing, that reference will be removed.

3    Plaintiff objects that another disputed factual issue is how long plaintiff was held
4 in the holding cage – plaintiff maintains he was held in the cage for 11 hours, defendant Grannis
5 claims plaintiff was held in the cage for six hours.  Good cause appearing, this disputed fact will
6 be added.

7    In the disputed evidentiary issues section, plaintiff objects to each of the
8 defendants' objections to the admissibility of plaintiff's evidence.  However, the order reflects
9 that defendants will dispute the admissibility of plaintiff's evidence.  It is assumed that plaintiff
10 will seek admission of his own evidence, and admissibility will be an issue for the trial judge.
11 Accordingly, no reference to his objections to defendants' objections is required at this time.
12 Plaintiff's objection to this section is overruled.

13    Plaintiff objects to the removal of his request for expungement of the false rule
14 violation report as well as the inclusion of footnote 6 referencing the fact that the dismissal of
15 plaintiff's false disciplinary claim was affirmed on appeal.  Plaintiff argues that the order
16 dismissing the claim was unclear.  Plaintiff contends he has a right to have the false rule
17 violation report log number SAC-B-00-08-020 removed from his prison file.  Defendants
18 included plaintiff's request for expungement in their pretrial statement.  Good cause appearing,
19 plaintiff's objection is partially granted.  The expungement has been added, but footnote six has
20 been revised to include plaintiff's position.

21    Plaintiff objects to the denial of witness fees and asks the court to advance the
22 witness fees and allow plaintiff to pay for the witness fees on a monthly basis out of his prison
23 trust account.  Plaintiff has cited no authority for this procedure and the court is aware of none.
24 Plaintiff's objection is overruled.

25    Plaintiff objects that the court is required to produce inmate S. Stewart and filed a
26 declaration stating Mr. Stewart will testify as a percipient witness herein.  (Docket No. 142 at 8.)

1  Plaintiff's objection is sustained; the court will issue a writ of habeas corpus ad testificandum for
2  Mr. Stewart's attendance at trial.
3        Finally, plaintiff objects to the calling of defendants' witnesses Lt. A. Acierto,
4  Sgt. Darby, J. Flint, M. Micheels and Officer Sharp because "they are defendants who [have]
5  been dismissed from this civil action and the other defendants' witnesses were not present during
6  the incidents of plaintiff's claims." (Objections at 5.) Plaintiff's objections are noted and these
7  objections will be reserved to trial.
8        Accordingly, IT IS HEREBY ORDERED that the objections to the March 6,
9  2007 pretrial order are sustained in part and overruled in part, as noted above; by separate order
10 the court will issue a Final Pretrial Order.
11 DATED: April 19, 2007.

                                              UNITED STATES MAGISTRATE JUDGE

/001; buck1486.objs

3