# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

       Plaintiff,                No. CIV S-00-1486 LKK JFM P

vs.

ROBERT PRESLEY, et al.,

       Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Antonio Cortez Buckley, inmate # E-71421, a necessary and material witness in proceedings in this case on August 13, 2007, is confined in Salinas Valley State Prison, 31625 Highway 101, PO Box 1020, Soledad, California, 93960-1020, in the custody of the Warden Mike Evans; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Salinas Valley State Prison, on August 13, 2007, at 11:30 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden Mike Evans, Salinas Valley State Prison, 31625 Highway 101, PO Box 1020, Soledad, California, 93960-1020:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 20, 2007.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/mp
buck1486.841lkktch