IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO CORTEZ BUCKLEY,**<br><br>                              Plaintiff,<br><br>v.<br><br>**ROBERT PRESLEY, et al.,**<br><br>                              Defendants. | CASE NO. 2:00-cv-1486 LKK JFM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO EXCHANGE TRIAL EXHIBITS** |

Defendants' July 13, 2007 request for an extension of time to exchange trial exhibits was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall exchange their trial exhibits on or before July 27, 2007.

DATED: July 24, 2007.

                                                     _/s/ John F. Moulds_
                                                     UNITED STATES MAGISTRATE JUDGE

/buck1486.exc

**DECLARATION OF SERVICE BY U.S. MAIL**

**Case Name:** *Buckley v. Presley, et al.*
**Case No.:** 2:00-cv-1486 LKK JFM P

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On **July 13, 2007**, I served the attached **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO EXCHANGE TRIAL EXHIBITS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Antonio Cortez Buckley
E-71421
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA  93960-1050

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 13, 2007**, at Sacramento, California.

| D. Kulczyk | /s/ D. Kulczyk |
|---|---|
| Declarant | Signature |