IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

    Plaintiff,                    No. CIV S-00-1486 LKK JFM P

    vs.

ROBERT PRESLEY, et al.,

    Defendants.           <u>ORDER</u>

                           /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to court order, this matter came on for trial confirmation hearing on August 13, 2007. Antonio Cortez Buckley participated by videoconference. Jeffrey Steel, Deputy Attorney General, appeared as counsel for defendants.

        Plaintiff has requested redaction of all records from his central and medical files to be admitted into evidence at the trial of this matter to remove all reference to his underlying criminal offense. Good cause appearing, plaintiff's request will be granted.

        Defendants have requested that custodians of records be permitted to authenticate documents by declaration rather than by live testimony. Plaintiff has declined to stipulate to this procedure. Accordingly, defendants' request will be denied.

/////

1

1  At the hearing, plaintiff requested that he be allowed to present at trial a replica of
2  the holding cage in which he was held, built out of cardboard to the exact dimensions of the cage
3  in which he was held.  After consideration of the arguments of the parties, and good cause
4  appearing, defendants will be directed to file with the court and serve on plaintiff an appropriate
5  document, admissible at trial, setting forth the dimensions of the holding cages on B-Yard at
6  California State Prison-Sacramento.

7  At the hearing, plaintiff requested permission to pay the witness fees required to
8  subpoena Correctional Officer Steve Flory on a monthly basis.  Good cause appearing, plaintiff's
9  request will be granted as to this witness only.[1]  Defendants will be directed to produce
10  Correctional Officer Flory to testify at trial.

11  Finally, the jury trial of this matter set for October 23, 2007 will be continued to
12  December 11, 2007 at 10:30 a.m.

13  In accordance with the above, IT IS HEREBY ORDERED that:

14  1. All records from plaintiff's central and medical file to be offered into evidence
15  at the trial of this matter shall be redacted to remove all reference to plaintiff's underlying
16  criminal offense;

17  2. Within ten days from the date of this order defendants shall file with the court
18  and serve on plaintiff an appropriate document, admissible at trial, setting forth the dimensions
19  of the holding cages on B-Yard at California State Prison-Sacramento.

20  3. Plaintiff's request to pay the witness fees required to subpoena Correctional
21  Officer Steve Flory on a monthly basis is granted.  Defendants shall produce Correctional
22  Officer Flory to testify at trial.

23  /////
24  /////

---

[1] Plaintiff's request to call Deputy Inspector General Richard Ramsdell, identified on his witness list, in a similar manner is denied.

        4.  Jury trial is continued from October 23, 2007 to December 11, 2007 at 10:30 a.m. in Courtroom # 4.

DATED:   October 16, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT