IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

      Plaintiff,                      No. CIV S-00-1486 LKK JFM P

    vs.

ROBERT PRESLEY, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for jury trial on December 11, 2007. On October 24, 2007, plaintiff filed a document styled as a "Request for Judicial Intervention for to File Pretrial Documents." On November 7, 2007, plaintiff filed a request styled as a request for an emergency videoconference hearing on his October 24, 2007 request.

        Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order defendants shall file and serve a response to plaintiff's October 24, 2007 request and the additional contentions concerning alleged interference by prison staff with

/////

/////

/////

1

plaintiff's right to access the courts set forth in his November 7, 2007 request.  Plaintiff's November 7, 2007 request for hearing by videoconference is denied.

DATED:  November 13, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT