IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO CORTEZ BUCKLEY,** | CASE NO. 2:00-cv-1486 LKK JFM P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE PRETRIAL DOCUMENTS** |
| v. | |
| **ROBERT PRESLEY, et al.,** | |
| Defendants. | |

Defendants' second request for an extension of time to file certain pretrial documents was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED, that the deadlines to file and serve proposed voir dire questions, jury instructions, trial briefs, and motions in limine shall remain as specified in the Court's pretrial order of April 19, 2007, but that such deadlines are to run from the trial date of December 11, 2007.

DATED: November 14, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT