IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

    Plaintiff,                    No. CIV S-00-1486 LKK JFM P

    vs.

ROBERT PRESLEY, et al.,

    Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 2, 2007, this court issued a writ of habeas corpus ad testificandum directing the Warden of California State Prison-Sacramento to produce at plaintiff's witness, inmate S. Stewart # J-77126. See Final Pretrial Order, filed April 19, 2007, at 7 n.7. On November 19, 2007, the Litigation Coordinator at California State Prison-Sacramento filed a letter informing the court that Mr. Stewart was discharged from the custody of the California Department of Corrections and Rehabilitation (CDCR) on February 20, 2002 and is no longer under their jurisdiction.

        Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

        1. The November 2, 2007 writ of habeas corpus ad testificandum addressed to the Warden of California State Prison-Sacramento for the attendance of S. Stewart at trial is discharged; and

1

2. The Clerk of the Court is directed to serve a copy of this order on the Warden of California State Prison-Sacramento, Prison Road, P.O. Box 290001, Represa, CA 95671-0002.

DATED: November 30, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
buck1486.dis