IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

     Plaintiff,                       No. CIV S-00-1486 LKK JFM P

    vs.

ROBERT PRESLEY, et al.,

     Defendants.             ORDER

_____/

        On December 11, 2007, the parties in the above-captioned case informed the court that the matter has been settled and entered the terms of the settlement on the record in open court. The court now orders that documents disposing of the case be filed no later than ninety days from the date of this order.

        All hearing dates heretofore set in this matter are hereby vacated.

        Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

DATED: December 12, 2007

                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

1