IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

    Plaintiff,                   No. CIV S-00-1486 LKK JFM P

    vs.

ROBERT PRESLEY, et al.,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a request for information concerning the status of payment of the filing fee for this action. The records of the Financial Department of this Court show that plaintiff has a balance of $131.07 remaining on the $150.00 filing fee for this action, and that he still owes the full $255.00 filing fee for the appeal that he filed in August 2004. Plaintiff's total balance of filing fees owed in this action at the present time is $386.07.

        IT IS SO ORDERED.

DATED: February 6, 2008.

UNITED STATES MAGISTRATE JUDGE

12/buck1486.fee

1