IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

    Plaintiff,                    No. CIV S-00-1486 LKK JFM P

    vs.

ROBERT PRESLEY, et al.,

    Defendants.             <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 4, 2008, plaintiff filed a motion to enforce the settlement agreement reached by the parties to the above-captioned action. Specifically, plaintiff seeks payment of the amount promised to him in settlement. In accordance with this court's December 12, 2007 order, documents disposing of this case are due ninety days from the date of that order. Plaintiff's motion, filed prior to the expiration of that ninety day period, will be denied.

         In accordance with the above, IT IS HEREBY ORDERED that plaintiff's February 4, 2008 motion is denied.

DATED: February 25, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1