IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

    Plaintiff,                              No. CIV S-00-1486 LKK JFM P

    vs.

ROBERT PRESLEY, et al.,

    Defendants.                         ORDER

                                 /

          Plaintiff, a state prisoner proceeding pro se, has filed two requests for court action concerning a $20.00 withdrawal from plaintiff's inmate trust account in January 2008. In the first request, plaintiff contends the money was withdrawn but not sent to the Clerk of the Court. In the second, plaintiff contends the money was sent without the proper case number. No basis appears in the record for issuing the orders requested by plaintiff.

          The records of the Financial Department of this Court show that a total of $40.00 taken from plaintiff's inmate trust account in January 2008 was received by the Clerk of the Court in February 2008. That amount was applied in $10.00 increments to outstanding balances in each of four cases plaintiff has filed in this court, including the instant action.[1] The outstanding balance remaining on this action as of February 8, 2008 is $121.07 on the $150.00

---

[1] The other three cases to which ten dollar payments were applied are Case No. F-04-5622 OWW WMW P, Case No. CIV S-02-0739 FCD CMK P, and Case No. CIV S-02-1451 JKS KJM P.

1  filing fee for this action plus the $255.00 filing fee for the appeal that plaintiff filed in August
2  2004.  Plaintiff's total balance of filing fees owed in this action at the present time is $376.07.
3        IT IS SO ORDERED.
4  DATED: April 8, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
buck1486.fee2